Jerry W. WILKERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63197.

Missouri Court of Appeals,
Western District.

May 25, 2004.

Ellen H. Flottman, Columbia, MO, for Appellant.

Deborah Danields, Jefferson City, MO, for Respondent.

Before SPINDEN, P.J., HOLLIGER and HARDWICK, JJ.

## ORDER

PER CURIAM.

Jerry Wilkerson appeals the judgment dismissing his Rule 24.035 motion. Upon review of the record, we find no error in the dismissal because Wilkerson's postconviction claims were filed untimely. A published opinion would have no precedential value, but we have provided the parties with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 84.16(b).